IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>                    Plaintiff,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>                    Defendants. | CV 20–156–M–DLC<br><br>(Consolidated with Case No. CV–20–157–DLC)<br><br><br><br>ORDER |

Before the Court is the parties' Stipulated Agreement as to Attorneys' Fees and Costs.  (Doc. 56.)  The parties have reached an agreement that settles Plaintiff's attorneys' fees motion (Doc. 43).  (Doc. 56.)  The parties' request that this Court approve the settlement terms and render it binding on the parties.  (*Id.*) Having reviewed the proposed terms, the Court will afford the parties' the relief they seek.

Accordingly, IT IS ORDERED that the agreement outlined in the parties' stipulation (Doc. 56) is APPROVED and its terms are incorporated herein as a binding order of the Court.

IT IS FURTHER ORDERED that Plaintiffs' attorneys' fees motion (Doc.

1

43) is DENIED as moot.

Because no issues remain in this case, the Clerk of Court is directed to enter judgment in this consolidated case by separate document and close the case file.

DATED this 19th day of May, 2022.

Dana L. Christensen, District Judge
United States District Court