UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>              Plaintiff,<br><br>  vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>              Defendant. | Case No. CV-20-156-M-DLC (Consolidated with Case No. CV-20-157-DLC)<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Order, Doc. 57. The agreement outlined in the parties' stipulation is approved and its terms are incorporated herein as a binding order of the Court.

    Dated this 19th day of May, 2022.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Sarah Nagy
                            Sarah Nagy, Deputy Clerk